UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JOSH GOBLE,

    Plaintiff,

v.

PARKER COUNTY, et al.,

    Defendants.

No. 1:25-CV-246-H

### ORDER

In March 2026, the Court issued an order adopting the United States Magistrate Judge's Findings, Conclusion, and Recommendation (FCR) that Josh Goble's complaint be dismissed with prejudice for failure to comply with Court orders. *See* Dkt. Nos. 27; 28. Goble failed to timely file a notice of appeal. *See* Fed. R. App. P. 4(a)(1)(A). Now, after the deadline's passage, Goble moves for an extension of time to file an appeal. Dkt. No. 29. Before the Court is the Magistrate Judge's FCR recommending the denial of the motion (Dkt. No. 33) and Goble's objection (Dkt. Nos. 35; 35-1).

Also before the Court are two motions, filed after final judgment, seeking, among other things, confirmation that the Court has taken "judicial notice of official docket facts," confirmation that the docket entries are correct and complete, and that the objections have been reviewed and ruled upon by an Article III judge (Dkt. No. 32), as well as a motion asking the Court to address a novel claim of naturalization law (Dkt. No. 34).[1]

---

[1] As the Magistrate Judge noted in his FCR recommending dismissal with prejudice of Goble's claims, Goble's filings are reflective of a belief in the so-called "sovereign citizen movement." Dkt. No. 12 at 2 n.1.

When a party timely objects, a magistrate judge's FCR regarding a dispositive matter is reviewed de novo. Fed. R. Civ. P. 72(b)(3). The district court may then accept, reject, or modify the recommendations or findings in whole or in part. *Id.* However, an objection to an FCR must be more than a mere disagreement with a recommendation or a summary of previously presented arguments. *Leslie G. v. Kijakazi*, No. 5:21-CV-202, 2023 WL 2536111, at *3 (N.D. Tex. Mar. 16, 2023) (citing *Hernandez v. United States*, No. PE:11-CR-442-RAJ(I), 2016 WL 6998387, at *16 (W.D. Tex. Apr. 26, 2016)). Such contentions are reviewed for plain error only. *Id.*

The Magistrate Judge, as relevant here, determined that Goble failed to show "excusable neglect or good cause" that would grant the Court discretion to extend the time to file a notice of appeal. Dkt. No. 33 at 4–5 (quoting Fed. R. App. P. 4(a)(5)). Goble's objection cursorily repeats the grounds identified in his motion. *Compare* Dkt. Nos. 29 at 1–2, *with* 35-1 at 4–6. Because the objection is a summary of his motion, the Court reviews for plain error. *Leslie G.*, 2023 WL 2536111, at *3. Having reviewed the FCR for plain error, the Court finds none. Therefore, the Court accepts and adopts the FCR in full. Goble's motion for an extension of time to file a notice of appeal (Dkt. No. 29) is denied.

To the extent Goble seeks additional relief or to raise new arguments (Dkt. Nos. 32; 34), the motions are denied. Neither motion is a motion to reopen the case. Even if they were, they would have to be denied as untimely. *See* Dkt. No. 33 at 3 (citing Fed. Rs. App. P. 4(a)(4)(A)(vi), 59(b)–(e), 60(b)) (noting that a motion for relief from final judgment must be filed within 28 days of judgment). "[O]nce this case is finally dismissed," Goble "is precluded from attempting to relitigate these issues in this or any other forum." *Lee v. Barbour*, No. 3:07-CV-224, 2010 WL 3937639, at *2 (S.D. Miss. Oct. 1, 2010) (quotation

omitted); *Adams v. Lumpkin*, No. 6:21-CV-196, 2022 WL 2103986, at *1 (E.D. Tex. May 24, 2022) (same). "Because this case is now closed," Goble "is warned that any future filing of meritless and/or unnecessary motions that serve to needlessly clog the Court's docket and waste the Court's time and resources may subject him to sanctions." *Alston v. Prairie Farms Diary, Inc.*, No. 4:16-CV-245, 2018 WL 5269370, at *6 (N.D. Miss. Oct. 23, 2018).

So ordered on June 15, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE